COURT OF APPEALS 
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 
2-03-245-CV
 
LELA NORTHCUTT AND                                                       APPELLANTS 
BOBBY NORTHCUTT  
 
V.
 
ROGER METCALF, ROY METCALF                                            APPELLEES 
AND CARAVAN OF DREAMS, INC.                                                            
 
------------
 
FROM 
COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY 
 
------------
 
MEMORANDUM OPINION 
 


 
------------
        Appellants have filed a motion to dismiss this appeal, stating that the 
order they seek to appeal—a summary judgment in favor of Appellee Caravan 
of Dreams, Inc.— was only a partial, interlocutory summary judgment, and did 
not dispose of Appellants’ claims against Roger Metcalf or Roy Metcalf. 
Therefore, Appellants assert that because no final judgment or severance have 
been signed by the trial court, this court lacks jurisdiction over this appeal. We 
agree. Accordingly, we grant Appellants’ motion to dismiss for want of 
jurisdiction. Appellants shall pay all costs of this appeal, for which let 
execution issue. 
 

 
                                                                  PER CURIAM 
PANEL D:   HOLMAN, GARDNER, and WALKER, JJ. 
 
DELIVERED: September 25, 2003